# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANGEL FIERRO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE TREASURY, et al.,<br><br>　　　　　　Defendants. | Case No.  1:24-cv-0002 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 7) |

Plaintiff is proceeding *pro se* in this action filed pursuant to 42 U.S.C. § 1983. However, he did not pay the filing fee or file a motion to proceed *in forma pauperis*. Therefore, the Court ordered Plaintiff to pay the $405.00 filing fee or apply to proceed *in forma pauperis* within 45 days. (Doc. 4.) After he failed to respond to the order, the Court ordered Plaintiff to show cause why the action should not be dismissed. (Doc. 5.) Plaintiff again failed to respond to the order to show cause.

The magistrate judge found Plaintiff failed to comply with the Court's order and failed to prosecute this action. (Doc. 7.) The magistrate judge considered the factors identified by the Ninth Circuit in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986), and found the factors weighed in favor of terminating sanctions. (*Id.* at 2-3.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 3.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days.  (Doc. 7 at 3.)  The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.* at 4, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636 (b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the entire action, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 22, 2024 (Doc. 7) are **ADOPTED** in full.
2. This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with Court's orders.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 17, 2024**

UNITED STATES DISTRICT JUDGE

2